**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Vanguard Health & Wellness, Llc | ) | Case No. 17-04707 |
| | ) | |
| Debtor(s) | ) | CHAPTER 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

**NOTICE OF FILING**

TO:

Devvrat Sinha (via electronic notice)

United States Trustee (via electronic notice)

Vanguard Health & Wellness, Llc, C/o Lee Zeidman, 4709 Golf Rd Ste 1100 Skokie, IL 60076

PLEASE TAKE NOTICE that on May 6, 2018, we filed with the Clerk of the Bankruptcy Court a Response to Objection to Debtor's Proposed Modified Plan of Reorganization filed 3/8/18., copies of which are hereby served upon you.

/s/ _Xiaoming Wu_
Ledford, Wu & Borges, LLC.
Attorneys at Law
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

**PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box 105 W. Madison St., 23rd Floor., Chicago, IL 60602, on May 6, 2018 before 6:00 p.m., except that the U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Xiaoming Wu_
Xiaoming Wu