# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** JACQUELINE P. COX  **Hearing Date** 9-27-18

**Bankruptcy Case No.** 17 B 04707  **Adversary No.**

**Title of Case** In Re Vanguard Health + Wellness

**Brief Statement of Motion** Debtor's Motion for 2004 Exam and Debtor's Motion to Extend Time to Conduct 2004 Exam

**Names and Addresses of moving counsel** Ariel Weissberg, 401 S. LaSalle, S. 403, Chicago, IL

**Representing**

## ORDER

**IT IS HEREBY ORDERED** (10-18-18)

That the examination of Mr. Zaytes shall occur on or before 10-18-18, as a final extension, or the case will be dismissed.

Jacqueline P. Cox
J Cox

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99